**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour (CA Bar No.: 285256)
*mehrdad@bokhourlaw.com*
1901 Avenue of the Stars, Suite 920
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 300-1705

**FALAKASSA LAW, P.C.**
Joshua S. Falakassa (CA Bar. No.: 295045)
*josh@falakassalaw.com*
1901 Avenue of the Stars, Suite 920
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868

**THE LAW OFFICES OF TAYLOR MARKEY, PC**
Taylor Markey (CA Bar No.: 319557)
*taylor@markey-law.com*
1901 Avenue of the Stars Suite 520
Los Angeles, California 90067
Tel: 818-274-6995 | Fax: 818-743-9646

Attorneys for Plaintiff, JOAN GREEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN GREEN, an Individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>AUTOZONERS, LLC,  Nevada Limited Liability Company; ALLDATA, LLC, a Nevada Limited Liability Company; AUTOZONE, INC., a Nevada Corporation; and DOES 1 through 30, inclusive,<br><br>                    Defendants. | Case No:   2:25-cv-01499-TLN-CKD<br><br>*Hon. Troy L. Nunley*<br><br>**JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: April 14, 2025<br>Discovery Cutoff: May 29, 2026 |

1

JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

Plaintiff JOAN GREEN ("Plaintiff") and Defendants AUTOZONERS, LLC, ALLDATA LLC and AUTOZONE, INC. (collectively, "Defendants"), by and through their respective counsel of record, hereby submit the following stipulation to modify the Initial Pretrial Scheduling Order (ECF No. 10) as set forth herein:

**WHEREAS,** On April 14, 2025, Plaintiff filed a complaint against Defendants in state court asserting causes of action for disability discrimination, failure to engage in a timely, good faith interactive process, failure to provide a reasonable accommodation, retaliation, interference with medical leave, and related claims under the Fair Employment and Housing Act and California law; Plaintiff filed a First Amended Complaint on May 6, 2025, prior to removal.

**WHEREAS,** Defendants filed their Answer, and the action was removed to this Court on or about May 29, 2025. The Initial Pretrial Scheduling Order (ECF No. 10) was entered on June 16, 2025, setting the close of fact discovery 365 days from the date of removal, or approximately May 29, 2026.

**WHEREAS**, This is a complex employment case involving extensive medical records discovery, multiple third-party subpoenas, expected testimony from multiple medical providers, probable expert witnesses and Defendants' request for an independent examination, and unanticipated electronic discovery issues that have required substantial time and resources to address throughout the discovery period.

**WHEREAS**, Both parties have diligently pursued written discovery and production of extensive records, often involving detailed analysis, redactions, and related conferences and supplemental responses in an effort to resolve disputes.

**WHEREAS**, The parties have worked diligently to resolve discovery disputes and, as reflected in the docket, entered into a stipulated protective order governing the handling of sensitive medical and personal information (ECF No.

2

JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

15), which was necessary to facilitate further production, though the parties will likely be filing one or more discovery motions for resolution by the Court.

**WHEREAS**, Plaintiff's husband has been diagnosed with cancer, which has affected Plaintiff's availability as a witness for deposition and created additional scheduling complexity and delays for the parties.

**WHEREAS**, the parties have been cooperating in the discovery process and hope to complete depositions promptly following the exchange of outstanding discovery responses;

**WHEREAS**, In light of the foregoing circumstances, the Parties agree that a 120-day extension of all pretrial deadlines is necessary to allow for the orderly completion of discovery and to avoid prejudice to either party.

**WHEREFORE**, Based upon the foregoing, the Parties, by and through their respective counsel of record, hereby stipulate and request that the Court ORDER the following:

1.     The close of fact discovery is extended from May 29, 2026 to September 26, 2026;

2.     The deadline for expert witness disclosures (currently 60 days after the close of discovery) is extended to November 25, 2026;

3.     The supplemental discovery deadline is extended to February 23, 2027;

4.     The deadline for filing dispositive motions (currently 180 days after the close of discovery) is extended to March 25, 2027;

5.     All other deadlines set forth in the Initial Pretrial Scheduling Order that are triggered by the close of discovery or the dispositive motion deadline are adjusted accordingly; and

6.     The Parties agree not to seek any further continuance of these deadlines absent a showing of good cause.

3

JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

**IT IS SO STIPULATED**.

Dated: April 30, 2026          **BOKHOUR LAW GROUP, P.C.**
                               **FALAKASSA LAW, P.C.**
                               **THE LAW OFFICES OF TAYLOR**
                               **MARKEY, P.C.**


                               BY:  */s/ Taylor Markey*
                                    MEHRDAD BOKHOUR
                                    TAYLOR MARKEY
                                    JOSHUA FALAKASSA
                                    *Attorneys for* Plaintiff JOAN GREEN



Dated: April 30, 2026          **ARENA HOFFMAN LLP**


                               BY:  */s/ Michael Hoffman*
                                    MICHAEL HOFFMAN

                                    *Attorneys for* Defendants AUTOZONERS,
                               LLC, ALLDATA LLC
                               and AUTOZONE, INC.

JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

## <u>ORDER</u>

Pursuant to the stipulation of the Parties, and good cause appearing, the Initial Pretrial Scheduling Order (ECF No. 10) is hereby modified as follows:

1. The close of fact discovery is extended to **September 28, 2026**;

2. The deadline for expert witness disclosures is extended to November 25, 2026;

3. The supplemental discovery deadline is extended to February 23, 2027;

4. The deadline for filing dispositive motions is extended to March 25, 2027;

5. All other deadlines set forth in the Initial Pretrial Scheduling Order that are triggered by the close of discovery or the dispositive motion deadline are adjusted accordingly.

**IT IS SO ORDERED.**

DATED: May 1, 2026

_____
Troy L. Nunley
Chief United States District Judge