**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour (CA Bar No.: 285256)
*mehrdad@bokhourlaw.com*
1901 Avenue of the Stars, Suite 520
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 300-1705

**FALAKASSA LAW, P.C.**
Joshua S. Falakassa (CA Bar. No.: 295045)
*josh@falakassalaw.com*
1901 Avenue of the Stars, Suite 520
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868

**THE LAW OFFICES OF TAYLOR MARKEY, PC**
Taylor Markey (CA Bar No.: 319557)
*taylor@markey-law.com*
10000 Washington Boulevard, 6th Floor
Culver City, California 90232
Tel: 818-274-6995 | Fax: 818-743-9646

Attorneys for Plaintiff, JOAN GREEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOAN GREEN, an Individual,

Plaintiff,

v.

AUTOZONERS, LLC, Nevada Limited Liability Company; ALLDATA, LLC, a Nevada Limited Liability Company; AUTOZONE, INC., a Nevada Corporation; and DOES 1 through 30, inclusive,

Defendants.

Case No: 2:25-cv-01499-TLN-CKD

*Hon. Troy L. Nunley*

**STIPULATION AND ORDER RE WITHDRAWAL OF BOKHOUR LAW GROUP, P.C. AND FALAKASSA LAW, P.C. AS COUNSEL FOR PLAINTIFF**

Complaint Filed: April 14, 2025
Trial Date: None Set

Plaintiff JOAN GREEN ("Plaintiff"), and her counsel, BOKHOUR LAW GROUP, P.C., FALAKASSA LAW, P.C., and THE LAW OFFICES OF TAYLOR MARKEY, PC, by and through the undersigned, hereby stipulate and jointly request, pursuant to Local Rule 182, that the Court enter the proposed order set forth below as follows:

**WHEREAS,** Plaintiff is presently represented in this action by Mehrdad Bokhour of Bokhour Law Group, P.C. and Taylor Markey of The Law Offices of Taylor Markey, PC, each of whom is listed on the docket as counsel of record for Plaintiff. Joshua S. Falakassa of Falakassa Law, P.C. has also acted as co-counsel for Plaintiff but is not listed on the docket as counsel of record.

**WHEREAS,** The docket lists Ms. Markey under Bokhour Law Group, P.C. Ms. Markey filed a Notice of Appearance on March 31, 2026 (ECF No. 13) reflecting that she now practices as The Law Offices of Taylor Markey, PC.

**WHEREAS,** Bokhour Law Group, P.C. and Falakassa Law, P.C. (together, the "Withdrawing Counsel") seek to withdraw as counsel for Plaintiff. Falakassa Law, P.C. joins in this stipulation to the extent it or Mr. Falakassa is deemed to have appeared in this action.

**WHEREAS,** The Law Offices of Taylor Markey, PC ("Remaining Counsel") will remain counsel of record for Plaintiff and will continue to represent Plaintiff in all respects in this action. Plaintiff therefore will not be left in propria persona, and the noticed-motion procedure of Local Rule 182(d) is not implicated. Because Plaintiff will continue to be represented by counsel who has already appeared in this action, no substitution of new counsel under Local Rule 182(g) is required.

**WHEREAS,** Plaintiff has been fully informed of the Withdrawing Counsel's intended withdrawal and of the fact that Remaining Counsel will continue to represent her, and Plaintiff consents to the withdrawal, as reflected by

her signature below.

**WHEREAS,** The Withdrawing Counsel have taken, and will continue to take, reasonable steps to avoid reasonably foreseeable prejudice to Plaintiff, including by making the case file available to Remaining Counsel, consistent with Rule 1.16 of the California Rules of Professional Conduct.

**WHEREAS,** The withdrawal will not affect any date set by the Court's The withdrawal will not affect any date set by the Court's Pretrial Scheduling Order, as modified. No trial date has been set. The withdrawal will not delay the action or prejudice any party.

**WHEREAS,** Counsel for Defendants AUTOZONERS, LLC, ALLDATA LLC, and AUTOZONE, INC. have been informed of the intended withdrawal.

**NOW, THEREFORE**, Plaintiff and her counsel stipulate and respectfully request that the Court ORDER as follows:

1. Mehrdad Bokhour and Bokhour Law Group, P.C. are withdrawn as counsel of record for Plaintiff JOAN GREEN, and Joshua S. Falakassa and Falakassa Law, P.C. are withdrawn as counsel for Plaintiff to the extent either has appeared in this action;

2. The Law Offices of Taylor Markey, PC, including Taylor Markey, remains counsel of record for Plaintiff, and all further notices, papers, and service in this action shall be directed to Remaining Counsel at the address set forth in the caption above, including by the Court's CM/ECF system at taylor@markey-law.com;

3. The Clerk of the Court is directed to terminate Mehrdad Bokhour as counsel of record for Plaintiff on the docket and to remove him from the CM/ECF notification list in this action; and

4. All dates and deadlines set by the Court's Pretrial Scheduling Order, as modified, remain unchanged.

**IT IS SO STIPULATED.**

Dated: November 18, 2026

**BOKHOUR LAW GROUP, P.C.**

By: /s/ Mehrdad Bokhour (as authorized on November 18, 2026)
MEHRDAD BOKHOUR
*Withdrawing Counsel for Plaintiff JOAN GREEN*

Dated: November 19, 2026

**FALAKASSA LAW, P.C.**

By: /s/ Joshua S. Falakassa (as authorized on November 19, 2026)
JOSHUA S. FALAKASSA
*Withdrawing Counsel for Plaintiff JOAN GREEN*

Dated: November 20, 2026

**THE LAW OFFICES OF TAYLOR MARKEY, PC**

By: /s/ Taylor Markey
TAYLOR MARKEY
*Remaining Counsel for Plaintiff JOAN GREEN*

## CONSENT OF PLAINTIFF

I, Joan Green, am the Plaintiff in this action. I have read the foregoing stipulation. I consent to the withdrawal of Bokhour Law Group, P.C. and Falakassa Law, P.C. as my counsel of record, and I understand and agree that The Law Offices of Taylor Markey, PC will continue to represent me as my counsel of record in this action.

Dated: November 20, 2026

Signed by:
Joan Green
8A5014E3772A45C...
JOAN GREEN
*Plaintiff*

**ATTESTATION**

Pursuant to Local Rule 131(e), I attest that Mehrdad Bokhour and Joshua S. Falakassa approved this stipulation and authorized me to submit it with their signatures on the dates shown above. Pursuant to Local Rule 131(f), I further attest that I hold the original of this document signed by Plaintiff Joan Green.

Dated: November 20, 2026

/s/ Taylor Markey
TAYLOR MARKEY

# ORDER

Having reviewed the Stipulation re Withdrawal of Bokhour Law Group, P.C. and Falakassa Law, P.C. as Counsel for Plaintiff, and good cause appearing, the Court finds that Plaintiff JOAN GREEN has consented to the withdrawal, that Plaintiff will continue to be represented by The Law Offices of Taylor Markey, PC, which has appeared as counsel of record in this action, and that the withdrawal will not delay this action or prejudice any party. Accordingly, IT IS HEREBY ORDERED that:

1. Mehrdad Bokhour and Bokhour Law Group, P.C. are withdrawn as counsel of record for Plaintiff JOAN GREEN, and Joshua S. Falakassa and Falakassa Law, P.C. are withdrawn as counsel for Plaintiff to the extent either has appeared in this action;

2. The Law Offices of Taylor Markey, PC, including Taylor Markey, remains counsel of record for Plaintiff, and all further notices, papers, and service in this action shall be directed to The Law Offices of Taylor Markey, PC, 10000 Washington Boulevard, 6th Floor, Culver City, California 90232, taylor@markey-law.com;

3. The Clerk of the Court shall terminate Mehrdad Bokhour as counsel of record for Plaintiff on the docket and remove him from the CM/ECF notification list in this action; and

4. All dates and deadlines set by the Court's Pretrial Scheduling Order, as modified, remain unchanged.

**IT IS SO ORDERED.**

DATED: November 23, 2026

Troy L. Nunley
Chief United States District Judge